IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CV-191-H

STEPHANIE S. THEROUX,          )
     Plaintiff,          )
                       )
     v.          )
                       )
ALORICA, INC., REBECCA          )          **ORDER**
CROCCO, JONATHAN BOWLING,          )
TRACI CHILDS, CHESTER
TAYLOR, JOHN DOE, and SUSAN
DOE,
     Defendants.

This matter is before the court on frivolity review. Plaintiff initiated this action by filing an application to proceed in forma pauperis (IFP) and proposed complaint. On September 29, 2020, United States Magistrate Judge Kimberly A. Swank entered an Order and a Memorandum and Recommendation ("M&R") ordering plaintiff's IFP motion be granted and recommending that plaintiff's complaint be dismissed be dismissed as frivolous or for failure to state a claim upon which relief may be granted.

Plaintiff filed an objection to the M&R. [DE #10.] The objections in reality repeat many of the allegations of the complaint, but still do not allege a plausible Title VII violation.

The court has carefully reviewed the M&R, objections, and other documents of record. The court finds the objections to be

without merit and that the recommendation of Magistrate Judge Swank is, in all respects, in accordance with the law and should be approved.

Additionally, as to plaintiff's attempted retaliation claim, plaintiff has not alleged facts upon which relief could be granted. There is no allegation of any protected activity occurring prior to any alleged retaliatory conduct. Even if the court could construe any of the alleged conduct as adverse, plaintiff's EEOC charge was filed after the alleged conduct at issue.

Accordingly, the court ADOPTS the recommendation of the magistrate judge as its own and hereby DISMISSES all claims.

The Clerk is DIRECTED to close this case.

This 20th day of October 2020.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26